

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-0255-18

### THE STATE OF TEXAS

**v.**

### CHARLIE RILEY, Appellee

### ON APPELLEE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE NINTH COURT OF APPEALS
### MONTGOMERY COUNTY

KELLER, P.J., delivered the opinion of the Court in which KEASLER, HERVEY, RICHARDSON, KEEL, WALKER and SLAUGHTER, JJ., joined. YEARY, J., filed a dissenting opinion. NEWELL, J., dissented.

In 2016, Appellee, a member of the Montgomery County Commissioners Court, was indicted for violating § 551.143 of the Texas Open Meetings Act.[1] Appellee filed a motion to dismiss on the basis that § 551.143 was overbroad in violation of the First Amendment and was unconstitutionally vague. The trial court granted the motion and dismissed the indictment. Relying on its earlier

---

[1] TEX. GOV'T CODE § 551.143(a).

decision in *State v. Doyal*,[2] the court of appeals reversed the trial court's order dismissing the indictment and remanded the case for further proceedings.[3]  We subsequently reversed the court of appeals's decision in *Doyal* on the basis that § 551.143 was facially unconstitutional.[4]  Our decision in *Doyal* controls the outcome of this case.  We reverse the judgment of the court of appeals and affirm the judgment of the trial court.

Delivered: June 19, 2019

Do not publish

---

[2] 541 S.W.3d 395 (Tex. App.—Beaumont 2018), *rev'd*, ___ S.W.3d ____, No. PD-0254-18, 2019 Tex. Crim. App. LEXIS 161 (Tex. Crim. App. February 27, 2019).

[3] *State v. Riley*, No. 09-17-00124-CR, 2018 Tex. App. LEXIS 1042 (Tex. App.—Beaumont February 7, 2018) (not designated for publication).

[4] *State v. Doyal*, ___ S.W.3d ____, No. PD-0254-18, 2019 Tex. Crim. App. LEXIS 161 (Tex. Crim. App. February 27, 2019).